May 13, 2005

Mr. David R. Sweat
1140 West Pioneer Pkwy, Suite E
Arlington, TX 76013
Mr. David Michael Walsh IV
Chamblee & Ryan, P.C.
2777 N. Stemmons Freeway, Suite 1157
Dallas, TX 75207

RE: Case Number: 03-0790
 Court of Appeals Number: 02-02-00158-CV
 Trial Court Number: 99-07-0279M-CV

Style: CYNTHIA LORENTZ, ADMINISTRATRIX OF THE ESTATE OF CAROLYN M.
 POLK, DECEASED
 v.
 JAMES F. DUNN, M.D., AND UNITED CLINICS OF NORTH TEXAS, P.L.L.C.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Johnson not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Lavake |
| |Ms. Lesia Darden |